1 | SIGAL CHATTAH
United States Attorney
2 | District of Nevada
Nevada Bar No. 8264
3 | VIRGINIA T. TOMOVA
Assistant United States Attorney
4 | Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
5 | Las Vegas, Nevada 89101
(702) 388-6336
6 | Virginia.Tomova@usdoj.gov

7 | *Attorneys for the Federal Defendants*

8 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

Jianhua Zhao,                                              Case No. 2:23-cv-01743-JAD-BNW

10

          Plaintiff,                                       **Stipulation and Order for Dismissal**
11          v.                                             **with Prejudice**

12 | Alejandro Mayorkas, Secretary, Department
of Homeland Security; Ur M. Jaddou,
13 | Director, USCIS; David Radel, Director,                [ECF No. 9]
Los Angeles Asylum Office,
14
          Defendants.
15

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1    Plaintiff Jianhua Zhao and Federal Defendants Alejandro Mayorkas, Secretary,

2  Department of Homeland Security; Ur M. Jaddou, Director, USCIS; and David Radel,

3  Director, Los Angeles Asylum Office, stipulate that Plaintiff's complaint against Federal

4  Defendants be dismissed, with prejudice, with each party to bear its own fees and costs.

5        IT IS SO STIPULATED.

6

7        Dated: May 13, 2025.

8  /s/    _____          SIGAL CHATTAH
   JIANHUA ZHAO                     United States Attorney
   3667 Calico Brook CT
9  Las Vegas, NV 89147              /s/ Virginia T. Tomova
   Email: li@lilawgroup.com         VIRGINIA T. TOMOVA
10                                   Assistant United States Attorney
   Plaintiff Pro Se
11                                   Attorneys for the Federal Defendants

12                      **ORDER**

13        Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY
   ORDERED** that this case is dismissed with prejudice, with each party to bear its own
14  costs and fees.  **The Clerk of Court is directed to CLOSE THIS CASE.**

15                      **IT IS SO ORDERED.**

16

17

18        _____

19        **UNITED STATES DISTRICT JUDGE**

20        **DATED:** _____May 15, 2025_____

21

22

23

24

25

26

27

28

                    2